COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Chambers County, Texas v. Pelco Construction, Inc.

Appellate case number:    01-18-00832-CV

Trial court case number:    CV26356

Trial court:                        344th District Court of Chambers County

Appellant, Chambers County, Texas, has filed an unopposed "Motion to Transfer Appellate Record from Previous Appeal to Current Appeal." Appellant seeks to transfer the clerk's records, supplemental clerk's records, and reporter's records from the prior appellate cause number 01-14-00317-CV, *Pelco Construction Company v. Chambers County, Texas, Kurt Amundson, and Amundson Consulting, Inc.*, to the records for this appeal. Appellant requests the transfer because it contends that the appellate records from the first appeal contain information still relevant to this appeal, including "several interlocutory summary judgment orders that were not impacted by this Court's Opinion and Judgment in Docket No. 01-14-00317-CV."

A court of appeals has the power to take judicial notice of its own files in the same or related proceedings involving the same parties. *See In re Chaumette*, 456 S.W.3d 299, 303 n.2 (Tex. App.—Houston [1st Dist.] 2014, orig. proceeding) (noting appellate court may take judicial notice of its own records in related proceeding involving same parties).

Accordingly, the Court **grants** appellant's motion to transfer and directs the Clerk of this Court to **transfer** the clerk's records, supplemental clerk's records, and reporter's records from the prior appellate cause number 01-14-00317-CV to the records for this appellate cause number 01-18-00832-CV.

It is so ORDERED.

Judge's signature: /s/ Laura C. Higley _____

           ☑ Acting individually    ☐ Acting for the Court

Date: October 16, 2018 _____